UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                            :

MONICA BOSWELL,                               :

                                    Plaintiff,               :          20-CV-8923 (JMF)

                                                        :
                  -v-                                     :          <u>ORDER</u>
                                                        :

BIMBO BAKERIES USA, INC.,               :

                                  Defendant.            :
                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 14, Defendant's earlier motion to dismiss filed at ECF No. 10 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 7, 2021.** Defendant's reply, if any, is due by **May 14, 2021.** At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate ECF No. 10.

       SO ORDERED.

Dated: April 26, 2021
       New York, New York                                           JESSE M. FURMAN
                                                                  United States District Judge