# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MONICA BOSWELL,

                Plaintiff,                20 **CIVIL** 8923 (JMF)

      -against-                      **JUDGMENT**

BIMBO BAKERIES USA, INC.,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 4, 2021, Bimbo Bakeries's motion to dismiss is GRANTED, and Boswell's First Amended Complaint is DISMISSED. Moreover, the Court declines to grant Boswell's request for leave to file a second amended complaint. *See* ECF No. 17, at 18. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
           November 4, 2021

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**
                                                           **Deputy Clerk**